# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Capgemini Financial Services USA Inc.

                          Plaintiff,

v.                                                     Case No.: 1:14–cv–00464

                                                      Honorable John J. Tharp Jr.

Infosys Limited

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2014:

      MINUTE entry before the Honorable John J. Tharp, Jr:For the reasons set forth in the Court's Memorandum Opinion and Order, Capgemini's emergency motion for temporary restraining order and preliminary injunction [4] is denied as to the request for entry of a temporary restraining order. A status hearing is set for Monday, February 3, 2014, at 9:00 a.m. to set a date for, and discuss, a preliminary injunction hearing. ENTER MEMORANDUM OPINION AND ORDER. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.